UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

NOHEMI ROMO,
    Plaintiff,

v.

COASTAL VALLEY ENTERPRISES, et al.,
    Defendants.
_____/

No. C 09-5949 JW

**ORDER GRANTING REQUEST FOR DEFENDANT COASTAL VALLEY ENTERPRISES' INSURER'S REPRESENTATIVE TO TELEPHONICALLY APPEAR AT JUNE 22, 2010 MEDIATION**

Session Date:   June 22, 2010
Evaluator:      Suzanne Nusbaum

    Before the court is defendant Coastal Valley Enterprises' request to allow its insurer's representative, Christine Phillips, to telephonically participate in the June 22, 2010, mediation before Suzanne Nusbaum. The request is GRANTED as to Ms. Phillips's participation in the June 22, 2010, mediation only. Should a further mediation session be scheduled in this matter, Ms. Phillips shall personally attend such session, unless a second request for her participation by phone is made and granted. Ms. Phillips shall be available to participate in the June 22, 2010, mediation session by telephone at all times pursuant to ADR L.R. 6-10(f).

    IT IS SO ORDERED.

June 18, 2010         By:        *Elizabeth D. Laporte*
Dated                                      Elizabeth D. Laporte
                                           United States Magistrate Judge