TOMAS E. MARGAIN, Bar No. 193555
DAL BON & MARGAIN APC
28 NORTH 1ST SUITE 210
SAN JOSE, CA 95113
TEL (408) 297-4729
FAX (408) 297-4728
margainlaw@hotmail.com

Attorneys for Plaintiff

JASON A. GELLER  State Bar #168149
JUAN C. ARANEDA  State Bar #213041
LONG & LEVIT LLP
465 California Street, Suite 500
San Francisco, CA  94104
TEL: (415) 397-2222   FAX: (415) 397-6392

Attorneys for Defendant
COASTAL VALLEY ENTERPRISES DBA EL POLLO LOCO

*IT IS SO ORDERED*
*Judge James Ware*
7/19/2010

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NOHEMI ROMO<br><br>              Plaintiff<br>v.<br><br>COASTAL VALLEY ENTERPRISES DBA EL POLLO LOCO, and JOSEPH RUBIN DBA POLLO LOCO<br><br>              Defendant(s) | Case No.: 09-CV-05949-JW<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

The parties through their attorneys' of record, hereby stipulate as follows:

   1.   The parties successfully mediated this case on June 22, 2010.

   2.   All conditions to effectuate a fully enforceable settlement have been met.

1

3.  Therefore, the parties to this action through their designated counsel, hereby stipulate that this matter be dismissed with prejudice pursuant to FRCP 41(a)(1). The Clerk shall close this file.

| **FOR PLAINTIFF** | **DAL BON & MARGAIN** |
|---|---|
| DATED: June 29, 2010 | By: //s// Tomas E. Margain <br> **Tomas E. Margain** |
| **FOR DEFENDANT COASTAL VALLEY ENTERPRISES** | **LONG & LEVIT LLP** |
| DATED: June 29, 2010 | By: //s// Jason A. Geller <br> **Jason A Geller** |